Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Christopher J. DiMase; (212) 637-2433

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

United States of America
v.

JONATHAN POWELL,

)
)
)
)
)
)

Case No. 16 Mag.

16 MAG 7004

16- 6479 mJ

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JONATHAN POWELL,                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Fraud and Related Activity in Connection With Computers, Title 18, United States Code, Section 1030

Date:  OCT 3 1 2016
_____

S/Andrew J. Peck
_____
*Issuing officer's signature*

ANDREW J. PECK
UNITED STATES   MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK
*Printed name and title*

City and state:   New York, NY
_____

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____              _____<br>*Arresting officer's signature* |
|                                    _____<br>*Printed name and title* |

Approved: _____     **16 MAG   7004**
          Christopher J. DiMase
          Assistant United States Attorney

Before:   HONORABLE ANDREW J. PECK
          United States Magistrate Judge
          Southern District of New York

----------------------------------------

UNITED STATES OF AMERICA              **SEALED COMPLAINT**

          - v. -                      Violations of
                                      18 U.S.C. §§ 1030(a)(5)(B)
                                      and 1030(c)(4)(A)(i)(I)
JONATHAN POWELL,

          Defendant.                  COUNTIES OF OFFENSE:
                                      NEW YORK & WESTCHESTER

----------------------------------------

SOUTHERN DISTRICT OF NEW YORK, ss.:

        Christopher Merriman, being duly sworn, deposes and says
that he is a Special Agent with the Federal Bureau of
Investigation ("FBI") and charges as follows:

                            COUNT ONE

        1.    From in or about October 2015, up to and including in
or about September 2016, in the Southern District of New York
and elsewhere, JONATHAN POWELL, the defendant, intentionally
accessed a protected computer without authorization, and as a
result of such conduct, recklessly caused damage, causing loss
to one and more persons during any one-year period aggregating
at least $5,000 in value, to wit, POWELL accessed without
authorization the computer network systems of a university
located in New York, New York, and thereby obtained unauthorized
access to data and impaired the availability of the email
accounts of students and other account holders.

                (Title 18, United States Code, Sections
                1030(a)(5)(B), 1030(c)(4)(A)(i)(I).)

        The bases for my knowledge and for the foregoing charges are,
in part, as follows:

        2.    I have been a Special Agent with the FBI since January
2015.  I am currently assigned to a group at the FBI's New York
Field Office that is responsible, among other things, for the

investigation of cyber intrusions.  I have been personally
involved in the investigation of this matter.  This affidavit is
based upon my investigation, my conversations with law
enforcement agents and other witnesses, and my examination of
reports, records, and other evidence.  Because this affidavit is
being submitted for the limited purpose of establishing probable
cause, it does not include all the facts that I have learned
during the course of my investigation.  Where the contents of
documents and the actions, statements, and conversations of
others are reported herein, they are reported in substance and
in part, except where otherwise indicated.

## OVERVIEW OF POWELL'S CRIMINAL SCHEME

    3.    From at least in or about October 2015, up to and
including at least in or about September 2016, JONATHAN POWELL,
the defendant, obtained unauthorized access to email accounts
hosted by at least two United States-based educational
institutions, including one which maintains its servers in the
Southern District of New York.  POWELL obtained unauthorized
access to these accounts by accessing password reset utilities
maintained by the email servers at the victim institutions,
which are designed to allow authorized users to reset forgotten
passwords to accounts. POWELL utilized the password reset
utilities to change the email account passwords of students and
others affiliated with those educational institutions.  Once
POWELL gained access to the compromised email accounts (the
"Compromised Accounts"), he obtained unauthorized access to
other password-protected email, social media, and online
accounts to which the Compromised Accounts were registered,
including, but not limited to, Apple iCloud, Facebook, Google,
LinkedIn, and Yahoo! accounts.  Specifically, utilizing the
Compromised Accounts, POWELL requested password resets for
linked accounts hosted by those websites (the "Linked
Accounts"), resulting in password reset emails being sent to the
Compromised Accounts, which allowed POWELL to change the
passwords for the Linked Accounts.  POWELL then logged into the
Linked Accounts, and gained access to private and confidential
content stored in the Linked Accounts.

## POWELL'S UNAUTHORIZED ACCESS OF UNIVERSITY EMAIL ACCOUNTS

    4.    I have spoken with representatives of a university
that has its primary campus located in New York, New York
("University-1"), who informed me of the following, in sum and
substance and in part:

a.    In or about August 2016, several University-1
students reported to University-1 that their University-1 email
account passwords had been changed without their permission or
authority, resulting in their inability to access their email
accounts.  University-1 began investigating the unauthorized
password resets reported by the students.

b.    University-1 maintains a password reset utility
for its email accounts (the "Reset Utility"), which at all times
relevant to the Complaint, operated as follows:

i.    The Reset Utility allowed any University-1
email account user who had forgotten his/her email password to,
upon successfully entering the user's email username and the
answers to two security questions, reset his/her email account
password.  The new password would allow the user to re-access
his/her University-1 email account.

ii.    As part of the process of setting up a
University-1 email account, the user was responsible for
choosing the two security questions from a discrete list of
available security questions.  As part of that same process, the
user was also responsible for supplying answers to the two
security questions.

iii.    The Reset Utility was accessible on a
public-facing University-1 website.

c.    University-1's email servers, which support
institutional email access for University-1 students, staff, and
alumni, are located in Westchester County, New York.[1]  The
University-1 server that hosts the Reset Utility is also located
in Westchester County, New York.

d.    After becoming aware of the above-described
access to the Reset Utility, University-1 retained the services

---

[1]    A server is a centralized computer that provides services
for other computers connected to it via a network or the
Internet.  For example, a server that is configured so that its
sole task is to support a website is known simply as a "Web
server."  A server that only stores and processes email is known
as an "email server."  The computers that use the server's
services are sometimes called "clients."  When a user accesses
email, web pages, or files stored on the network itself, those
files are pulled electronically from the server, where they are
stored, and are sent to the client's computer via the network or
Internet.

of a forensic consulting firm (the "Consulting Firm") to analyze data related to the suspected network intrusion. To date, University-1 has paid the Consulting Firm in excess of $5,000 to perform the requested analysis and to assist in remediating network system issues in connection with the intrusion.

5. A fellow FBI Special Agent working together with me on the investigation ("Agent-1") and I have spoken with representatives of the Consulting Firm, who informed us of the following, in sum and substance and in part:

a. An analysis of Reset Utility logs and other data performed by the Consulting Firm revealed that an external IP address (the "IP Address") accessed the Reset Utility approximately 18,640 different times between approximately October 2015 and September 2016.[2] During that timeframe, those Reset Utility accesses resulted in approximately 18,600 attempted password changes in connection with approximately 2,054 unique University-1 email accounts, and approximately 1,378 successful password changes in connection with approximately 1,035 unique University-1 email accounts (the "Compromised Accounts").[3]

b. The Consulting Firm also reviewed email logs, containing email header and email subject line data, in connection with the Compromised Accounts, along with other University-1 network logs. That review revealed that after the passwords for the Compromised Accounts were successfully changed using the Reset Utility, the user of the IP Address logged into the Compromised Accounts using the new passwords. In many cases, the user of the IP Address then identified password-protected accounts hosted by other internet service providers

---

[2]  An Internet Protocol address ("IP address") is a unique numeric address used to identify computers on the Internet. An IP address looks like a series of four numbers, each in the range of 0-255, separated by periods. Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its sources to its destination.

As detailed later in this complaint, the investigation revealed that JONATHAN POWELL, the defendant, was the user of the IP Address at all times relevant to this conduct.

[3]  The number of successful password changes is greater than the number of compromised University-1 email accounts because certain University-1 email accounts were compromised more than once.

("ISPs"),[4] including but not limited to Apple iCloud, Facebook, Google, LinkedIn, and Yahoo! (the "Linked Accounts"), to which a Compromised Account was linked as a registration email address.

      c.   The user of the IP Address next connected to website portals maintained by the Linked Account ISPs. Password reset emails from the Linked Accounts found in the Compromised Accounts demonstrated that the user of the IP Address requested password changes for the Linked Accounts. The user of the IP Address connected to the Linked Account websites again, using web-links provided in the Linked Account password reset emails. In some cases, the Consulting Firm located emails in the Compromised Accounts demonstrating that a Linked Account had been successfully accessed from a new device, following a Linked Account password reset.

      d.   Thus, utilizing the above-described process, it appears that the user of the IP Address gained unauthorized access not only to the Compromised Accounts, but also to a large number of Linked Accounts, allowing the user of the IP Address to login to the Linked Accounts and obtain access to private and confidential content stored by users in the Linked Accounts.

      e.   The Consulting Firm identified various Linked Accounts believed to be compromised following the unauthorized access of the Compromised Accounts.

      6.   The Consulting Firm provided the FBI with a list containing details related to the Compromised Accounts and various Linked Accounts also believed to be compromised, following the unauthorized access of the Compromised Accounts.

      7.   Agent-1 has spoken to a representative of a second university ("University-2"), located in Pennsylvania, who informed Agent-1 of the following, in sum and substance and in part:

      a.   In or about September 2016, University-2's publicly-available password reset utility was repeatedly accessed by the IP Address, in a similar fashion to University-1. During that timeframe, the individual connecting to University-2's password reset utility from the IP Address

---

[4]    An ISP is a commercial service that, depending on the particular ISP, provides Internet connectivity, Internet email accounts, social media accounts, and/or other Internet-connected services to its subscribers.

attempted to change the email passwords for approximately 220 University-2 email accounts, and successfully changed the email passwords for approximately 15 University-2 email accounts. Following the unauthorized access of those University-2 email accounts, a number of Facebook accounts linked to the compromised University-2 email accounts were also compromised.

8.    University-1 and University-2 provided the FBI with the IP Address, which had connected to their password reset utilities (together, the "Reset Utilities") between approximately October 2015 and September 2016, and in September 2016, respectively, resulting in the above-described unauthorized access to University-1 and Universeity-2 email accounts.   A search of publicly available IP address registration information revealed that the IP Address was registered to an ISP that provides internet connectivity services.   Records obtained from that ISP demonstrated that the IP Address was within a range of IP addresses assigned to a private company (the "Company").

9.    Agent-1 and I have each spoken to representatives of the Company's information technology department, who informed us of the following, in sum and substance and in part:

    a.    The IP Address is assigned to a router located at a Company branch office located in Arizona (the "Arizona Branch").[5]

    b.    Based on information regarding the dates and times at which the Reset Utilities were accessed from the IP Address, the Company was able to identify the particular device (the "Device") that consistently connected to the Reset Utilities from the IP Address.

---

[5]    A router is a network device that may be used to connect one network to another, and to manage local network traffic.   In business settings, routers are frequently used to manage traffic between devices on a company's internal computer network, and to provide an Internet connection to locally connected devices.   An Internet-connected router is assigned an IP address, which is generally visible to other computers on the Internet.   Internal network devices that connect to the router are typically assigned separate internal network IP addresses, which are generally not visible to other computers on the Internet.   An internal network device connecting to the Internet will generally do so using the IP address associated with the router.

       c.    The Device was assigned to JONATHAN POWELL, the defendant, an employee at the Arizona Branch.

       d.    POWELL has worked for the Company at the Arizona Branch since in or about November 2012.  POWELL generally worked regular weekday business hours at the Company.

       e.    On or about October 3, 2016, as part of a ruse to obtain the Device, a representative of the Company's information technology department sent a message to POWELL, informing POWELL that the Device had been infected with malware, that it would be disabled within the next hour, and that it would be replaced as soon as possible.  The Device was subsequently disabled and collected by the Company's information technology department, and replaced with a new device.

    10.    After becoming aware of the use of the Device to access University-1 email accounts without authorization, the Company retained a private computer forensics firm (the "Forensics Firm") to analyze data obtained from the Device. Based on my review of a report produced by the Forensics Firm in connection with that analysis (and attachments appended to that report), along with a review of the analysis performed by the Consulting Firm retained by University-1, Agent-1 and I learned the following, in sum and substance and in part:

       a.    A review of the Device's web browser history (the "Brower History"), conducted by the Forensics Firm, demonstrated a repeated cycle of: (1) searching for biographical information about an individual victim; (2) leveraging that information to gain access to the individual victim's email accounts via password reset utilities – for example, questions about the individual's high school mascot and the names of the individual's grandparents; (3) leveraging the compromised email accounts to compromise linked social media accounts; and (4) searching the linked accounts for additional password information, along with images, particularly sexually explicit images.

       b.    For example, based on the analysis performed by the Consulting Firm, the user of the IP Address accessed the University-1 Reset Utility on or about July 6, 2016, at approximately 4:46 p.m., Mountain Standard Time ("MST"), and successfully changed the password for the University-1 email account of a particular student (the "Student").  Subsequent emails sent from Google to the Student's email account show that the password for the Student's linked Google account was changed shortly thereafter.

c.    An excerpt of the Browser History from July 6, 2016, showed, among other things, the following:

i.    Initial internet research regarding the Student, occurring between approximately 4:44 p.m. and 4:45 p.m. MST;

ii.    Access to the University-1 Reset Utility at approximately 4:45 p.m. MST;

iii.    Access to the University-1 email system at approximately 4:46 p.m. MST, representing the intrusion into the Student's email account;

iv.    Access to the Student's Google Gmail webmail account, including access to the Gmail password reset functionality, between approximately 4:48 p.m. and 4:51 p.m. MST;

v.    Searches within the Student's Gmail account between approximately 4:52 p.m. and 4:59 p.m. MST, including a search of email in the Gmail account labeled "Personal," and the following keyword searches of email and saved Gmail chat history: (1) "jpg OR jpeg OR png";[6] (2) "password"; (3) "naked"; (4) "cum"; and (5) "horny".

11.    I have learned from another member of law enforcement who reviewed the Browser History that, according to the Browser History, the Device accessed student directories and login portals associated with more than 75 other colleges or universities located in various locations across the United States (the "Other Universities"), during the period of July 5, 2016 to October 3, 2016.

12.    The Company provided the FBI with the Device, along with a network backup of certain files on the Device created on or about September 30, 2016 (the "Device Backup"), which were analyzed by me, Agent-1, and FBI computer scientists.  That analysis revealed the following, in sum and substance and in part:

a.    The Device and Device Backup contained a number of documents containing University-1 email account usernames and passwords.  The documents also contained credentials - i.e.,

---

[6]    The filename extensions ".jpg", ".jpeg", and ".png", are filename extensions commonly associated with digital photographs.

usernames and passwords - for logging into various ISP accounts appearing to belong to the same University-1 email account users.  For example, the Device contained a file which listed a number of University-1 email account usernames, along with login credentials for what appear to be linked email accounts hosted by other ISPs, including Google and Yahoo!  Based on the forensic analysis conducted by the Consulting Firm retained by University-1, the passwords for more than 10 of the University-1 email account usernames listed in the file on the Device were compromised by the user of the IP Address, utilizing the Reset Utility.

     b.    The Device Backup contained a spreadsheet listing members of a University-1 sorority chapter, along with usernames and passwords for logging into the sorority's national website. The University-1 email accounts of least four of those sorority members were among the 1,035 Compromised Accounts reported by University-1.

     c.    The Device Backup contained a document with a filename that included the name of University-2, which appears to contain Facebook profile pages and other information relating to University-2 email account users.

     d.    The Device Backup contains several documents with filenames that refer to certain of the Other Universities, whose login portals appear to have been accessed by the device, as described above in paragraph 10(d).  Those documents contain what appear to be login credentials for a variety of password-protected accounts linked to Other University email accounts.

WHEREFORE, I respectfully request that an arrest warrant be issued for JONATHAN POWELL, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

Christopher Merriman
Special Agent
Federal Bureau of Investigation

Sworn to before me this
31st day of October, 2016

S/Andrew J. Peck

HONORABLE ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK